IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JEROME CARPENTER,

    Petitioner,                    No. CIV S-96-1534 LKK JFM P

    vs.

THEO WHITE, et al.,               <u>ORDER</u>

    Respondents.

_____/

        Petitioner, a state prisoner proceeding pro se, has filed a request for a copy of the judgment in this action and any order setting forth the rationale for the decision underlying the judgment. Petitioner seeks this information in order to request authorization from the United States Court of Appeals for leave to file a second or successive petition.

        Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send petitioner a copy of this court's January 6, 1998 findings and recommendations,

/////
/////
/////
/////
/////

1

a copy of the district court's April 28, 1998 order thereon, and a copy of the judgment entered in this action on May 29, 1998.

DATED: May 6, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

12
carp1534.cpy2